B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
### Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Joey's Movers & Trucking, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**03-0402510** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7333 Ridgeway Avenue**<br>**Skokie, IL**<br>ZIP Code **60076** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Joey's Movers & Trucking, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Joey's Movers & Trucking, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Julia Jensen Smolka**
Signature of Attorney for Debtor(s)

**Julia Jensen Smolka 6272466**
Printed Name of Attorney for Debtor(s)

**DiMonte and Lizak, LLC**
Firm Name

**216 Higgins Road**
**Park Ridge, IL 60068**


Address

**(847) 698-9600  Fax: (847) 698-9623**
Telephone Number

**November 30, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Joseph Brooks III**
Signature of Authorized Individual

**Joseph Brooks III**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**November 30, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Joey's Movers & Trucking, Inc.**  
                  Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AFCO**<br>**4501 College Boulevard  #320**<br>**Leawood, KS 66211** | **AFCO**<br>**4501 College Boulevard  #320**<br>**Leawood, KS 66211** | **Insurance premium financing** | | **8,095.97** |
| **Cal-Touhy Currency**<br>**7201 N. California Avenue**<br>**Chicago, IL 60645** | **Cal-Touhy Currency**<br>**7201 N. California Avenue**<br>**Chicago, IL 60645** | **NSF Check** | | **11,856.83** |
| **Curtis Porter**<br>**P.O. Box 806512**<br>**Chicago, IL 60680** | **Curtis Porter**<br>**P.O. Box 806512**<br>**Chicago, IL 60680** | **Loan** | | **7,100.00** |
| **Cynergy Data**<br>**Richard Pico**<br>**3030 47th Avenue**<br>**Long Island City, NY 11101** | **Cynergy Data**<br>**Richard Pico**<br>**3030 47th Avenue**<br>**Long Island City, NY 11101** | **Credit card processing fees** | | **10,250.00** |
| **Elite Truck Rental**<br>**265 N. Western Avenue**<br>**Chicago, IL 60612** | **Elite Truck Rental**<br>**265 N. Western Avenue**<br>**Chicago, IL 60612** | **Business debt** | | **16,501.00** |
| **Empower Inc.**<br>**6 E. Miner Street**<br>**Arlington Heights, IL 60004** | **Empower Inc.**<br>**6 E. Miner Street**<br>**Arlington Heights, IL 60004** | **Business debt** | | **6,308.79** |
| **Fairville Company, LP**<br>**P.O. Box 2425**<br>**Atlanta, GA 30348-5245** | **Fairville Company, LP**<br>**P.O. Box 2425**<br>**Atlanta, GA 30348-5245** | **Business debt** | | **3,765.00** |
| **General Casualty**<br>**P.O. Box 975**<br>**Sun Prairie, WI 53590** | **General Casualty**<br>**P.O. Box 975**<br>**Sun Prairie, WI 53590** | **Business debt** | | **3,680.00** |
| **Guest Staffing Solutions**<br>**P.O. Box 2392**<br>**New York, NY 10116** | **Guest Staffing Solutions**<br>**P.O. Box 2392**<br>**New York, NY 10116** | **Business debt** | | **70,658.14** |
| **I & L Consulting**<br>**1954 First Street  #192**<br>**Highland Park, IL 60035** | **I & L Consulting**<br>**1954 First Street  #192**<br>**Highland Park, IL 60035** | **Business debt** | | **10,930.55** |
| **Illinois Commerce Commission**<br>**Mary Stephenson Shroeder**<br>**160 N. LaSalle Street  #C800**<br>**Chicago, IL 60601** | **Illinois Commerce Commission**<br>**Mary Stephenson Shroeder**<br>**160 N. LaSalle Street  #C800**<br>**Chicago, IL 60601** | **Fine** | | **7,200.00** |

Case 09-45279    Doc 1    Filed 11/30/09    Entered 11/30/09 14:51:07    Desc Main
              Document            Page 5 of 16

B4 (Official Form 4) (12/07) - Cont.

In re  **Joey's Movers & Trucking, Inc.**                                              Case No.
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ken Bell<br>3411 Indian Creek Drive<br>Miami, FL 33140 | Ken Bell<br>3411 Indian Creek Drive<br>Miami, FL 33140 | Loan | | 8,500.00 |
| Kenneth Hardy<br>10821 Wade Park Avenue<br>Cleveland, OH 44112 | Kenneth Hardy<br>10821 Wade Park Avenue<br>Cleveland, OH 44112 | Loan | | 33,700.00 |
| Kray & Associates PC<br>111 S. Pfingsten Road<br>Deerfield, IL 60015 | Kray & Associates PC<br>111 S. Pfingsten Road<br>Deerfield, IL 60015 | Business debt | | 3,310.00 |
| Local Biz Now<br>300 E. Maple<br>Birmingham, MI 48009 | Local Biz Now<br>300 E. Maple<br>Birmingham, MI 48009 | Business debt | | 3,676.00 |
| New Haven<br>1110 Fullerton Ave.<br>Addison, IL 60101 | New Haven<br>1110 Fullerton Ave.<br>Addison, IL 60101 | truck leasing expenses | | 3,921.93 |
| Paychex<br>4300 Weaver Parkway #100<br>Warrenville, IL 60555 | Paychex<br>4300 Weaver Parkway #100<br>Warrenville, IL 60555 | Business debt | | 6,735.00 |
| Public Storage<br>3501 W. Touhy Avenue<br>Lincolnwood, IL 60712 | Public Storage<br>3501 W. Touhy Avenue<br>Lincolnwood, IL 60712 | Business debt | | 6,372.00 |
| U.S. Department of Transportation<br>19900 Governors Drive #210<br>Olympia Fields, IL 60461 | U.S. Department of Transportation<br>19900 Governors Drive #210<br>Olympia Fields, IL 60461 | Federal Motor Carrier Safety Administration | | 5,000.00 |
| Yellow Book<br>6300 C Street<br>Cedar Rapids, IA 52404-7470 | Yellow Book<br>6300 C Street<br>Cedar Rapids, IA 52404-7470 | Business debt, ads | | 28,106.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 30, 2009**                       Signature  **/s/ Joseph Brooks III**
                                                              **Joseph Brooks III**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                          18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

```
AFCO
4501 College Boulevard  #320
Leawood, KS 66211


Airflow
9052 Terminal
Skokie, IL 60077


Alfonso Gonzalez
4701 N. Troy
Chicago, IL 60625


Angel Rodriquez
3755 N. Kimball Avenue
Chicago, IL 60647


Angela Davis
7333 Ridgeway Avenue
Skokie, IL 60076-4026


Antonez Santos
3019 N. Luna
Chicago, IL 60641


AT&T
PO Box 6428
Carol Stream, IL 60197


AT&T
PO Box 6428
Carol Stream, IL 60197


AT&T
PO Box 6428
Carol Stream, IL 60197


AT&T
PO Box 6428
Carol Stream, IL 60197


AT&T
PO Box 6428
Carol Stream, IL 60197
```

```
AT&T
PO Box 6428
Carol Stream, IL 60197


AT&T
PO Box 9001309
Louisville, KY 40290-1309


AT&T
PO Box 9001309
Louisville, KY 40290-1309


Barr Management
Associated Currency Exchanges
6408 N. Western Avenue
Chicago, IL 60645


Billy Poe
2049 W. Jarvis
Chicago, IL 60626


BMW Financial Serices
PO Box 3608
Dublin, OH 43016


BMW Financial Services
P.O. Box 9001065
Louisville, KY 40290-1065


Cal-Touhy Currency
7201 N. California Avenue
Chicago, IL 60645


CFRI Group Evanston, LLC
36990 Eagle Way
Chicago, IL


Christi Bowers
1106 W. Route 176
McHenry, IL 60051


Citizens Finance Company
PO Box 5096
Chicago, IL 60680-5069
```

Cleon Brooks
1933 Jackson
Evanston, IL 60201


Comet Messenger
1316 S. Michigan Avenue
Chicago, IL 60605


Corey Neealy
2001 W. Howard Street
Evanston, IL 60202


Crown
430 E. Plainfield
La Grange, IL 60525


Curtis Porter
P.O. Box 806512
Chicago, IL 60680


Cynergy Data
Richard Pico
3030 47th Avenue
Long Island City, NY 11101


David Kuncl
2600 W. Byron
Chicago, IL 60613


David Nelson
211 Darrow Avenue
Evanston, IL 60201


Decameron Granger
7333 Ridgeway Avenue
Skokie, IL 60076-4026


Dell Financial Services
Payment Processing Center
P.O Box 5292
Carol Stream, IL 60197


Dempster-Dodge Currency Exchange
1830 Dempster St
Evanston, IL 60202

Edens Bank
3245 W. Lake Avenue
Wilmette, IL 60091

Elite Truck Rental
265 N. Western Avenue
Chicago, IL 60612

Elite Truck Rental
265 N. Western Avenue
Chicago, IL 60612

Empower Inc.
6 E. Miner Street
Arlington Heights, IL 60004

ENS Readychex

Equity Claim
15111 Whittier Boulevard  #420
Whittier, CA 90603

Eric Graves
7654 W. Stewart
Chicago, IL 60620

Fairville Company, LP
P.O. Box 2425
Atlanta, GA 30348-5245

First Funds, LLC
132 W. 31st Street  #1301
New York, NY 10001

Ford Motor Credit Company
P.O. Box 790093
St. Louis, MO 63179-0093

Ford Motor Credit Company
P.O. Box 790093
St. Louis, MO 63179-0093

```
Ford Motor Credit Company
P.O. Box 790093
St. Louis, MO 63179-0093


General Casualty
P.O. Box 975
Sun Prairie, WI 53590


Guest Staffing Solutions
P.O. Box 2392
New York, NY 10116


Headsets.com
1 Burnham Court #400C
San Francisco, CA 94109


Hinckley Springs
6055 N. Harlem Avenue
Chicago, IL 60638


I & L Consulting
1954 First Street  #192
Highland Park, IL 60035


Idearc Media Corp.
651 Canyon Drive
Coppell, TX 75019


IL Dept of Employment Security
33 S. State Street
Chicago, IL 60603


Illinois Commerce Commission
Mary Stephenson Shroeder
160 N. LaSalle Street  #C800
Chicago, IL 60601


Illinois Department of Revenue
101 W. Jefferson Street
Springfield, IL 62702


Internal Revenue Service
230 S. Dearborn Street
Chicago, IL 60604
```

```
James Cygan
2049 W. Jarvis
Chicago, IL 60626


James Ross
Box 1589
Evanston, IL 60204


Jesus Madrigal
2436 N. Luna
Chicago, IL 60639


Joseph Brooks
7333 Ridgeway Avenue
Skokie, IL 60076


Joseph Brooks
7333 Ridgeway Avenue
Skokie, IL 60076


Joseph Brooks IV
7333 Ridgeway Avenue
Skokie, IL 60076


Joseph C. Brooks III
7333 Ridgeway Avenue
Skokie, IL 60076


Ken Bell
3411 Indian Creek Drive
Miami, FL 33140


Ken Bell
3122 Park Place
Evanston, IL 60201


Kenneth Hardy
10821 Wade Park Avenue
Cleveland, OH 44112


Kray & Associates PC
111 S. Pfingsten Road
Deerfield, IL 60015
```

```
Leon Wilson
810 Dobson
Evanston, IL 60202


Leonardo Ramos
1734 N. Latrobe
Chicago, IL 60639


Local Biz Now
300 E. Maple
Birmingham, MI 48009


Marcus Thompson
1820 Monroe  #G
Evanston, IL 60202


Marks Pest Control Company
1057 W. Grand Ave.
Chicago, IL 60622


MC Glass
3815 Dempster Street
Skokie, IL 60076


Miguel Rosas
4701 N. Troy
Chicago, IL 60625


New Haven
1110 Fullerton Ave.
Addison, IL 60101


Nextel
P.O. Box 4181
Carol Stream, IL 60197


Nicor
P.O. Box 416
Aurora, IL 60568


North Shore Electric
2121 Ashland Avenue
Evanston, IL 60201
```

North Shore Glass & Mirror
5245 W. Diversey
Chicago, IL 60657


Oakton Crawford Currency Exchange
4035 Oakton Street
Skokie, IL 60076


Office Team
12400 Collections Center
Chicago, IL 60680


Paige
75 Remittance Drive
Chicago, IL 60675


Paramount Truck Body Co.
2107 W. Fulton Street
Chicago, IL 60612


Patricia Brooks
7333 Ridgeway Avenue
Skokie, IL 60076


Pawnee Leasing
700 Centre Avenue
Fort Collins, CO 80526


Paychex
4300 Weaver Parkway  #100
Warrenville, IL 60555


Perfection Cleaning
1670 N. Mannheim Road
Stone Park, IL 60165


PLS Check Cashers
7201 N. California Avenue
Chicago, IL 60645


PLS Check Cashers
7201 N. California Avenue
Chicago, IL 60645

PLS Check Cashers
7201 N. California Avenue
Chicago, IL 60645


Progressive
Department 0561
Carol Stream, IL 60197


Public Storage
3501 W. Touhy Avenue
Lincolnwood, IL 60712


Public Storage
3501 W. Touhy Avenue
Lincolnwood, IL 60712


Public Storage
3501 W. Touhy Avenue
Lincolnwood, IL 60712


QI Exchange
8965 S. Eastern Avenue
Las Vegas, NV 89123


R.H. Donnelley
8519 Innovation Way
Chicago, IL 60682


Royal Publishing
7620 N. Harker Drive
Peoria, IL 61615


Samuel Painter
4937 W. Henderson
Chicago, IL 60641


SBC
P.O. Box 930170
Dallas, TX 75393


Signone
1121 Emerson
Evanston, IL 60201

Slater Tenaglia Fritz & Hunt PA
P.O. Box 8500
Philadelphia, PA 19178-2432


Sprint
PO Box 172408
Denver, CO 80217-2408


Teletrac
P.O. Box 51341
Los Angeles, CA 90051


The New York Times
P.O. Box 371456
Pittsburgh, PA 15251


Timothy Delvalle
5835 W. Lawrence Avenue
Chicago, IL 60630


Transguard General Insurance
3250 Wilshire Boulevard
Los Angeles, CA 90010


Transworld Systems
1375 E. Woodfield Road  #110
Schaumburg, IL 60173


U.S. Department of Transportation
19900 Governors Drive  #210
Olympia Fields, IL 60461


Universal Map Group
P.O. Box 147
Fort Washington, PA 19034


Veolia Environmental Services
2800 Shermer Road
Northbrook, IL 60062


Verizon Wireless
P.O. Box 293450
Lewisville, TX 75029

```
WDL PC Solutions
8325 190th Avenue
Bristol, WI 53104


WG Paullin
P.O. Box 371490
Pittsburgh, PA 15250


William G. Paullin Trust
William G. Paullin, Trustee
9239 Central Park Avenue
Skokie, IL 60076


Wilmette Glass Company
621 Green Bay Road
Wilmette, IL 60091


Wright Advertising Corporation
1347 S. Laramie
Cicero, IL 60804


Yellow Book
6300 C Street
Cedar Rapids, IA 52404-7470
```