IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| JOEY'S MOVERS & TRUCKING, ) | |
| INC. ) | Case No.09-45279 |
| Debtor. ) | |
| ) | Hon. Judge Schmetterer |
| ) | |
| ) | Hearing Date: March 18, 2010 |
| ) | Hearing Time: 10:00 a.m. |

**FINAL ORDER AUTHORIZING LIMITED USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION**

This matter coming before the court on the Motion of Joey's Movers & Trucking, Inc., ("Debtor") as debtor-in-possession, for entry of an order authorizing it to use cash collected pre-petition and post-petition receipts, which may be cash collateral of Edens Bank ("Edens")and First Funding, LLC. ("First Funding") on final basis, granting adequate protection, and for other relief [docket no. 57] ("Motion").

The court having considered the Motion and having conducted such hearing as is appropriate under the circumstances.

Debtor, as debtor-in-possession, having represented to the court that the estate would suffer immediate and irreparable harm if the debtor-in-possession is not authorized to use property which may be cash collateral of Edens and First Funding.

It appearing from the facts recited in the Motion that Edens has a lien upon the receipts collected from the operation of its moving business and that First Funding has a UCC filing recorded which may be a lien upon the receipts collected from the moving business.

1

**IT IS HEREBY ORDERED** as follows: *by agreement with Edens Bank,*

1. For the purposes this final order, the term "Cash Collateral" shall be deemed to include all cash and cash equivalents of Debtor which arise from its operation of its business, including all revenues collected from customers on or subsequent to, November 30, 2009 (the "Petition Date").

2. Subject to the terms and conditions contained in this final order, Debtor may use Cash Collateral only in accordance with the budget attached to this order as exhibit A ("Budget") and in compliance with the other terms of this order. Debtor may deviate from the amount of any itemized category of expense on the Budget by up 5% to pay the actual amount of an invoice which it receives from the vendor of the service or goods for that category of expense. No other deviation shall be permitted without first obtaining the express written consent of Edens and First Funding or an order of court.

3. As adequate protection for the interests of Edens and First Funding in Cash Collateral as of the Petition Date, Edens and First Funding are hereby granted, pursuant to Sections 361 and 363 of the Bankruptcy Code, a valid, perfected, and enforceable security interest and lien upon all assets and property of the Estate to the extent such property arises from the operation of the moving business, including all proceeds and profits, to the same extent and in the same priority as Edens and First Funding held a pre-petition valid, perfected, security interest, in the same type or category of property of Debtor immediately prior to the filing of its bankruptcy petition.

4. In addition, as additional adequate protection to the Edens, Debtor will make an adequate protection payment of $1,200.00 monthly. Debtor believes it has the ability to make this adequate protection payment out of its receivables and that it will benefit the estate in that it will reduce the balance of the secured creditor, leading a larger distribution for holders of unsecured claims in the plan.

2

5.  Debtor shall provide all creditors with a notice of the entry of this order within two business days after the order has been entered.

DATED: 3/18/10

ENTERED:

Honorable Judge Jack B. Schmetterer

MAR 18 2010

Abraham Brustein (ARDC #0327662)
Julia Jensen Smolka (ARDC #6272466)
Derek D. Samz (ARDC #6290656)
DiMonte & Lizak, LLC
216 W. Higgins Rd.
Park Ridge, IL 60068
Tel: (847) 698-9600
Fax: (847) 698-9623
Email: abrustein@dimontelaw.com
       jjensen@dimontelaw.com
       dsamz@dimontelaw.com

C:\MyFiles\KDS\JEJ\Joeys Movers\Orders\Final Order Granting Use of Cash Collateral & Adequate Protection.wpd

3

# Joey's Movers & Trucking, Inc.
## Bankruptcy Case No. 09-45279
### Monthly Budget of Expenses

| | |
|---|---|
| Office phone line | $840.00 |
| Office phone equipment | $424.00 |
| Rent | $3,500.00 |
| Fuel | $2,000.00 |
| Radios and cellular | $800.00 |
| Medical insurance | $2,488.00 |
| Truck rental | $1,000.00 |
| Business insurance | $2,500.00 |
| Ford Motor Credit | $4,289.00 |
| Fairville | $1,111.00 |
| Payroll for Movers | $30,000.00 |
| Payroll for Office | $20,320.00 |
| Packing materials | $2,000.00 |
| Vehicle repair | $400.00 |
| Advertising | $4,000.00 |
| Computer consulting & supplies | $500.00 |
| Officer's disability/life insurance | $154.00 |
| Workers' compensation | $4,000.00 |
| Office expenses | $300.00 |
| Office supplies | $300.00 |
| Parking violations | $400.00 |
| Scavenger services | $600.00 |
| Storage | $4,800.00 |



EXHIBIT A

|  |  |
|---|---:|
| Edens Bank adequate protection payment | $1,200.00 |
| Movers' equipment | $400.00 |
| Damage claims | $1,000.00 |
| Gas and electric | $1,200.00 |
| **TOTAL** | **$90,526.00** |

C:\MyFiles\KDS\DEJ\Joeys Movers\Income & Expense Statements\Monthly Budget of Expenses.wpd