# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| JOEY'S MOVERS & TRUCKING, ) | |
| INC. ) | Case No.  09-45279 |
|     Debtor. ) | |
| ) | Hon. Jack B. Schmetterer |
| ) | |
| ) | Hearing Date:  November 15, 2011 |
| ) | Hearing Time: 11:00 a.m. |

## NOTICE OF MOTION

To:    See service list attached

**PLEASE TAKE NOTICE** that on the 15th day of November, 2011 at 11:00 a.m., I shall appear before the Honorable A. Benjamin Schmetterer in Courtroom 682 of the U.S. Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, to then and there present **MOTION FOR ENTRY OF AN ORDER OF FINAL DECREE**, a copy of which is hereby served upon you.

By:     /s/ Julia Jensen Smolka

## CERTIFICATE OF SERVICE

The undersigned  hereby certifies that on the 18th day of October, 2011, she duly served (or caused to be served) the above described Notice by First Class U.S. Mail,  other than those electronically notified, together with copies of the Motion and Proposed Order referred to herein.

/s/ Julia Jensen Smolka

Abraham Brustein, #327662
Julia Jensen Smolka, #6272466
Derek D. Samz, #6290656
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
847-698-9600
847-698-9623 (fax)
abrustein@dimontelaw.com
jjensen@dimontelaw.com
dsamz@dimontelaw.com

**In re Joeys Movers & Trucking, Inc.**
**Bankruptcy Case No. 09-45279**
_____
**Service List**

**VIA ECF**

Patrick S. Layng
U.S. Trustee
219 S. Dearborn Street #873
Chicago, IL 60604

Christopher H. Purcell
Sherman & Sherman
120 S. LaSalle Street #1460
Chicago, IL 60603
Facsimile: 312/372-9697
Email: shermlaw13@aol.com

Allen Wesolowski
Martin & Karcazes Ltd.
161 N. Clark Street #550
Chicago, IL 60601
Email: ACWesolowski@Martin-Karcazes.com

**VIA FIRST-CLASS MAIL**

Joey's Movers & Trucking Inc.
7333 Ridgeway Avenue
Skokie, IL  60076

AFCO
4501 College Boulevard  #320
Leawood, KS 66211

Airflow
9052 Terminal
Skokie, IL 60077

Alfonso Gonzalez
4701 N. Troy
Chicago, IL 60625

Angel Rodriquez
3755 N. Kimball Avenue
Chicago, IL 60647

Angela Davis
7333 Ridgeway Avenue
Skokie, IL 60076-4026

Antonez Santos
3019 N. Luna
Chicago, IL 60641

Barr Management
Associated Currency Exchanges
6408 N. Western Avenue
Chicago, IL 60645

Billy Poe
2049 W. Jarvis
Chicago, IL 60626

BMW Financial Serices
PO Box 3608
Dublin, OH 43016

Cal-Touhy Currency
7201 N. California Avenue
Chicago, IL 60645

Christi Bowers
1106 W. Route 176
McHenry, IL 60051

Cleon Brooks
1933 Jackson
Evanston, IL 60201

Corey Neealy
2001 W. Howard Street
Evanston, IL 60202

Crown
2055 Hammond Drive
Schaumburg, IL 60173

Curtis Porter
P.O. Box 806512
Chicago, IL 60680

Cynergy Data
Richard Pico
3030 47th Avenue
Long Island City, NY 11101

Darvell Massie
7333 N. Ridgeway
Skokie, IL 60076

David Kuncl
2600 W. Byron
Chicago, IL 60613

David Nelson
211 Darrow Avenue
Evanston, IL 60201

Decameron Granger
7333 Ridgeway Avenue
Skokie, IL 60076-4026

Dempster-Dodge Currency Exchange
1830 Dempster St
Evanston, IL 60202

Devon McCormick Currency Exchange
3310 W. Devon Avenue
Lincolnwood, IL 60712

Elite Truck Rental
265 N. Western Avenue
Chicago, IL 60612

Empower Inc.
6 E. Miner Street
Arlington Heights, IL 60004

Eric Graves
7654 W. Stewart
Chicago, IL 60620

Fairville Company, LP
P.O. Box 2425
Atlanta, GA 30348-5245

First Funds, LLC
132 W. 31st Street  #1301
New York, NY 10001

First Hudson
12600 Rockside Road
PMB#197
Cleveland, OH 44125

General Casualty
P.O. Box 975
Sun Prairie, WI 53590

Grand & Laramie Currency Exchange
5200 W. Grand Avenue
Chicago, IL 60639

Headsets.com
1 Burnham Court #400C
San Francisco, CA 94109

Hinckley Springs
6055 N. Harlem Avenue
Chicago, IL 60638

Hugo Serrano
7333 N. Ridgeway
Skokie, IL 60076

I & L Consulting
1954 First Street  #192
Highland Park, IL 60035

Idearc Media Corp.
651 Canyon Drive
Coppell, TX 75019

IL Dept of Employment Security
33 S. State Street
Chicago, IL 60603

Internal Revenue Service
230 S. Dearborn Street
Chicago, IL 60604

James Cygan
2049 W. Jarvis
Chicago, IL 60626

James Ross
Box 1589
Evanston, IL 60204

Jay Levy
PO Box 1181
Evanston, IL 60201

Jesus Madrigal
2128 N. Mango Avenue #1
Chicago, IL 60639-2809

Kray & Associates PC
111 S. Pfingsten Road
Deerfield, IL 60015

Law Office of Matthew J. Goldberg
555 Skokie Boulevard  #500
Northbrook, IL 60062

Leon Wilson
810 Dobson
Evanston, IL 60202

Leonardo Ramos
1734 N. Latrobe
Chicago, IL 60639

Local Biz Now
300 E. Maple
Birmingham, MI 48009

Marcus Thompson
1820 Monroe  #G
Evanston, IL 60202

MC Glass
3815 Dempster Street
Skokie, IL 60076

Merchant Services Inc, EVO
515 Broad Hallow Road
Melville, NY 11740

Miguel Rosas
4701 N. Troy
Chicago, IL 60625

Mindaugas Sumskis
7333 N. Ridgeway
Skokie, IL 60076

New Haven
1110 Fullerton Avenue
Addison, IL 60101

North Shore Electric
2121 Ashland Avenue
Evanston, IL 60201

Oakton Crawford Currency Exchange
4035 Oakton Street
Skokie, IL 60076

Paramount Truck Body Co.
2107 W. Fulton Street
Chicago, IL 60612

Sandi Carr
Bankruptcy Legal Specialist
Pawnee Leasing Corporation
700 Centre Avenue
Fort Collins, CO 80526

Paychex
100 E. Warrenville Road #200
Naperville, IL 60563

Perfection Cleaning
1670 N. Mannheim Road
Stone Park, IL 60165

PLS Check Cashers
7201 N. California Avenue
Chicago, IL 60645

Public Storage
3501 W. Touhy Avenue
Lincolnwood, IL 60712

QI Exchange
8965 S. Eastern Avenue
Las Vegas, NV 89123

R.H. Donnelley
8519 Innovation Way
Chicago, IL 60682

Samuel Painter
4937 W. Henderson
Chicago, IL 60641

Slater Tenaglia Fritz & Hunt PA
P.O. Box 8500
Philadelphia, PA 19178-2432

Sorman & Frankel Ltd.
203 N. LaSalle Street  #2350
Chicago, IL 60601

Timothy Delvalle
5835 W. Lawrence Avenue
Chicago, IL 60630

Transguard General Insurance
215 Shuman Boulevard
Naperville, IL 60563

Transworld Systems
1375 E. Woodfield Road  #110
Schaumburg, IL 60173

U.S. Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

Universal Map Group
P.O. Box 147
Fort Washington, PA 19034

Vance McClenton
7333 N. Ridgeway
Skokie, IL 60076

Verizon Wireless
1720 Lakepointe Drive #100
Lewisville, TX 75057

WDL PC Solutions
8325 190th Avenue
Bristol, WI 53104

William G. Paullin Trust
William G. Paullin, Trustee
9239 Central Park Avenue
Skokie, IL 60076

Wilmette Glass Company
621 Green Bay Road
Wilmette, IL 60091

Wright Advertising Corporation
1347 S. Laramie
Cicero, IL 60804

Yellow Book
6300 C Street
Cedar Rapids, IA 52404-7470

James D. Newbold
Assistant Attorney General, Litigation Bureau
Illinois Attorney General
100 W. Randolph Street 13th Floor
Chicago, IL 60601

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| JOEY'S MOVERS & TRUCKING, ) | |
| INC. ) | Case No. 09-45279 |
| Debtor. ) | |
| ) | Hon. Jack B. Schmetterer |
| ) | |
| ) | Hearing Date: November 15, 2011 |
| ) | Hearing Time: 11:00 a.m. |

**MOTION FOR ENTRY OF AN ORDER OF FINAL DECREE**

DEBTOR, Joey's Movers & Trucking, Inc. ("Debtor"), by and through its attorneys Abraham Brustein, Julia Jensen Smolka and DiMonte & Lizak, LLC, pursuant to 11 U.S.C. 350 and Bankruptcy Rule 3022, seeks entry of an order for a final decree, and in support thereof, states as follows:

1.  On November 30, 2009 ("Filing Date"), Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Code").

2.  Pursuant to Sections 1107 and 1108 of the Code, Debtor is operating its business as a debtor-in-possession.

3.  On November 22, 2010, this Court entered an order confirming Debtor's modified plan of reorganization (Docket No. 171).

4.  Debtor has substantially consummated its plan of reorganization. A true and correct chart of the payments which have been made to creditors is attached hereto and incorporated herein as **Exhibit A**. A true and correct chart of the status of remaining payments to be made to creditors is attached hereto and incorporated herein as **Exhibit B**.

5.  There are no pending motions or other activity in this case.

6. By this motion, Debtor seeks entry of an order closing the case.

7. Notice of this motion has been sent to all creditors, the U.S. Trustee, and Debtor.

        Respectfully submitted,

        DIMONTE & LIZAK, LLC

By:    /s/ Julia Jensen Smolka
      One of the attorneys for Debtor

Abraham Brustein, #0327662
Julia Jensen Smolka, #6242466
Derek D. Samz, #6290656
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
(847) 698-9600
abrustein@dimontelaw.com
jsmolka@dimontelaw.com
dsamz@dimontelaw.com

C:\MyFiles\KDS\JEJ\Joeys Movers\Motions\NOM & Mtn for Entry of Final Decree.wpd

2