## U. S. TRUSTEE QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: Joeys Movers é Trucking   CASE NO.: 0945279

FOR CALENDAR QUARTER ENDING Dec 17, 20 11

### DISBURSEMENTS*

1.  MONTH                           DISBURSEMENTS

    Dec                             $ 22,724.02

    _____                           $ _____

    _____                           $ _____

    TOTAL DISBURSEMENTS
    FOR QUARTER                     $ 22,724.02

2.  QUARTERLY FEE OWED PURSUANT TO   $ _____
    28 U.S.C. §1930(A)(6)

3.  QUARTERLY FEE PAID               $ 2,000.00
    (Attach proof of payment)

4.  AMOUNT OF UNPAID FEES (IF ANY)   $ _____

I, Patricia Brooks _____ acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 12/20/11

For the Debtor In Possession (Trustee) (Plan administrator)

(Print or type name and
capacity of person signing
this Declaration).

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

EXHIBIT "D"

22

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _Joeys Movers ; Trucking_  CASE NO.: _0945279_

U. S. TRUSTEE QUARTERLY REPORT ON STATUS OF PLAN PAYMENTS

FOR CALENDAR QUARTER ENDING _____, 20___

1. Were any payments required to be made under the plan this past calendar quarter?   yes _X_   no ____

2. If yes, were all required payments made?   yes _X_   no ____

3. If not, on a separate schedule, state the name, address and telephone number of each unpaid creditor, the amount due and the reason payment was not made.

I, _Patricia Brooks_ acting as the duly authorized agent under the confirmed plan declare under penalty of perjury under the laws of the United States that I have read and certify that the information listed in this U.S. Trustee Quarterly Report on Status of Plan Payments is true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: _12/20/11_

_____
For the Debtor In Possession (Trustee) (Plan Administrator)

(Print or type name and capacity of person signing this Declaration).

_Patricia Brooks_

EXHIBIT "E"

23